UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX CICCOTELLI,<br><br>               Plaintiff,<br><br>     v.<br><br>MISONIX, INC., PAUL LAVIOLETTE, MICHAEL KOBY, THOMAS M. PATTON, PATRICK J. BEYER, STAVROS VIZIRGIANAKIS, BIOVENTUS INC., OYSTER MERGER SUB I, INC., and OYSTER MERGER SUB II, LLC,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)  Case No. 1:21-cv-07773-JSR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: November 9, 2021

**RIGRODSKY LAW, P.A.**

By: /s/ *Gina M. Serra*
    Seth D. Rigrodsky
    Timothy J. MacFall
    Gina M. Serra
    Vincent A. Licata
    825 East Gate Boulevard, Suite 300
    Garden City, NY 11530
    (516) 683-3516
    sdr@rl-legal.com
    tjm@rl-legal.com
    gms@rl-legal.com
    vl@rl-legal.com

*Attorneys for Plaintiff*

SO ORDERED

[signature]
USDJ
11-10-21